# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1077**                              **September Term, 2023**

FERC-ER18-1639-000
FERC-ER18-1639-028

**Filed On: April 4, 2024** [2048235]

Constellation Mystic Power, LLC,

      Petitioner

      v.

Federal Energy Regulatory Commission,

      Respondent

## O R D E R

The petition for review in this case was filed and docketed on April 3, 2024, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 6, 2024 |
| Docketing Statement Form | May 6, 2024 |
| Procedural Motions, if any | May 6, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 6, 2024 |
| Statement of Issues to be Raised | May 6, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | May 6, 2024 |
| Dispositive Motions, if any | May 20, 2024 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1077**                                                                 **September Term, 2023**

| | |
|---|---|
| Entry of Appearance Form | May 6, 2024 |
| Procedural Motions, if any | May 6, 2024 |
| Certified Index to the Record | May 20, 2024 |
| Dispositive Motions, if any | May 20, 2024 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Erica M. Thorner
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases