IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Constellation Mystic Power, LLC, | ) | |
| *Petitioner*, | ) ) ) | |
| v. | ) ) | No. 24-1077 |
| Federal Energy Regulatory Commission, | ) ) ) | |
| *Respondent*. | ) ) | |

## STATEMENT OF INTENT REGARDING DEFERRED JOINT APPENDIX

Petitioner Constellation Mystic Power, LLC hereby gives notice of its intent to use the deferred joint appendix procedure under Rule 30(c) of the Federal Rules of Appellate Procedure and Circuit Rule 30(c). Counsel for Respondent Federal Energy Regulatory Commission has been consulted and does not object.

Dated: May 3, 2024

Respectfully submitted,

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4716
F: (804)-698-2251
mfitzgerald@mcguirewoods.com

Noel H. Symons
Katlyn A. Farrell
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
T: (202) 857-2929
F: (202) 828-2992
nsymons@mcguirewoods.com
kfarrell@mcguirewoods.com

*Counsel for Constellation Mystic Power, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, I filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I also certify that on the same day, I sent a copy of the foregoing through U.S. Mail, postage prepaid, to the following:

Ms. Debbie-Anne A. Reese
Acting Secretary
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426

Mr. Robert H. Solomon
Solicitor
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald

*Counsel for Constellation Mystic Power, LLC*

3