# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-1077**                   **September Term, 2023**

FERC-ER18-1639-000
FERC-ER18-1639-028

**Filed On: May 17, 2024** [2055045]

Constellation Mystic Power, LLC,

       Petitioner

       v.

Federal Energy Regulatory Commission,

       Respondent

## O R D E R

Upon consideration of respondent's unopposed motion to hold case in abeyance and suspend filing of the certified index to the record, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case by July 16, 2024.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                            BY:     /s/
                                       Catherine J. Lavender
                                       Deputy Clerk