IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Constellation Mystic Power, LLC, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | No. 24-1077 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| *Respondent*. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED PETITION FOR REVIEW**

Under Federal Rule of Appellate Procedure 27 and Circuit Rule 27, Constellation Mystic Power, LLC ("Petitioner") respectfully moves this Court for leave to file its Amended its Petition for Review in this proceeding, lodged in this Court on July 19, 2024. The lodged Amended Petition for Review incorporates a request for review of Respondent Federal Energy Regulatory Commission's Order on Rehearing and Clarification, issued May 23, 2024 in *Constellation Mystic Power, LLC*, 187 FERC ¶ 61,099 (2024). This order is the latest one in the same Commission proceeding already appealed in this case number 24-1077. The Commission does not oppose this motion.

Amending the original Petition for Review will serve interests of judicial economy. Filing a new petition for review and motion to consolidate that petition

1

would entail needless costs and effort for Petitioner as well as the Court. Further, the certified index to the record has not yet been filed, nor is briefing before the Court underway. In light of these circumstances, amendment of Petitioner's original Petition for Review would not burden the Court.

For these reasons, Petitioner respectfully requests that its motion be granted. This Court should accept for filing as of July 19, 2024 the Amended Petition for Review lodged with the Court on that date.

Dated: July 24, 2024                                       Respectfully submitted,

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4716
F: (804) 698-2251
mfitzgerald@mcguirewoods.com

Noel H. Symons
Katlyn A. Farrell
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Washington, D.C. 20006
T: (202) 857-2929
F: (202) 828-2992
nsymons@mcguirewoods.com
kfarrell@mcguirewoods.com

*Counsel for Constellation Mystic Power, LLC*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this filing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(C) because it contains 209 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that this filing complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this filing has been prepared in Times New Roman 14-point font using Microsoft Word.

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald

*Counsel for Constellation Mystic Power, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 24, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald

*Counsel for Constellation Mystic Power, LLC*